Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211830))
slim@krameralberti.com
Russell Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Zachariah A. Higgins (SBN 190225)
zhiggins@krameralberti.com
Andrew Hamill (SBN 251156)
ahamill@krameralberti.com
Robert Y. Xie (SBN 329126)
rxie@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
Wildseed Mobile LLC

David J. Silbert
dsilbert@keker.com
Paven Malhotra
pmalhotra@keker.com
Anjali Srinivasan
asrinivasan@keker.com
Eric B. Hanson
ehanson@keker.com
William S. Hicks
whicks@keker.com
Kristen E. Lovin
klovin@keker.com
Morgan E. Sharma
msharma@keker.com
Catherine C. Porto
cporto@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Tel: 415-391-5400

*Attorneys For Defendants*
Google LLC and YouTube, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILDSEED MOBILE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>*Defendants.* | Case No. 3:22-cv-04928-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND EXTEND BRIEFING RE MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Date:  May 3, 2023<br>Time: 2:00 PM<br>Dept.: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Pursuant to Local Rule 6.2 and 7-12, Plaintiff Wildseed Mobile LLC ("Wildseed") and Defendants Google LLC ("Google") and YouTube, LLC ("YouTube") (collectively, "Defendants"), hereby request that the Court extend the briefing and hearing date related to Defendants Motion for Partial Judgment on the Pleadings ("Motion") (Dkt. 92). Details regarding the reason for the requested enlargement of time and extended briefing schedule are set forth in the Declaration of Robert F. Kramer filed concurrently with this Stipulation.

The current hearing date is schedule for May 3, 2023 at 2:00 p.m. The parties request that the hearing date be moved to May 17, 2023 or a date convenient to the Court.

Plaintiff's Opposition to the Motion is due April 12, 2023 and Defendants' Reply is due April 19, 2023. The Parties respectfully request that Plaintiff's Opposition be extended by one week to April 19, and Defendants' Reply be extended by one week to May 3, 2023.

**IT IS SO STIPULATED ,** through Counsel of Record.

Dated: April 4, 2023                    /s/ *Andrew Hamill*

                                        Counsel for Plaintiff Wildseed Mobile LLC

Dated: April 4, 2023                    /s/ *Catherine C. Porto*

                                        Counsel for Defendants Google LLC and YouTube, LLC

**Attestation**

Per Local Rule 5-1(H)(3), Plaintiff's Counsel attests that counsel for Defendants concurred in the filing of this document.

                                        /s/ *Andrew Hamill*

The foregoing Stipulation is approved.

**The hearing will be held on May 31, 2023, at 2:00 p.m.**

Plaintiff's Opposition will be due April 19, 2023; and Defendants' Reply will be due May 3, 2023.

Dated: April 5, 2023

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE